UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ERICK PIMENTEL-CABRERA, RONALD ODELYN TEJEDA, CARLOS MANUEL RODRIGUEZ <br><br> Defendants | CRIMINAL No. 24-cr-10334 |

CERTIFICATION OF RELATEDNESS

The United States of America, by Joshua S. Levy, Acting United States Attorney, for the District of Massachusetts, hereby certifies that the Indictment filed in the above-captioned matter is a "Related Criminal Case" pursuant to Local Rule 40.1(h) with respect to the currently pending case of *United States v. Pena Arias et al.*, 1:24-cr-10018-NMG. The above-captioned matter is related to Case No. 24-cr-10018-NMG because it arises out of the same or substantially similarly charged transactions or events. L.R. 40.1(h)(1)(A). Additionally, based on the common events and individuals involved, it could entail "substantial duplication of effort in the pretrial, trial, and/or sentencing phases" if the cases were "heard by different judges." L.R. 40.1(h)(1)(B).

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ *Annapurna Balakrishna*
      Annapurna Balakrishna
      Assistant United States Attorney
      (617) 748-3111

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                        */s/ Annapurna Balakrishna*
                                        Annapurna Balakrishna
                                        Assistant United States Attorney

Date: October 30, 2024