UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 24-10334-NMG |
| ERICK PIMENTEL-CABRERA, RONALD, ) | |
| ODELYN TEJEDA, and CARLOS MANUEL ) | |
| RODRIGUEZ, ) | |
| ) | |
| Defendants ) | |

**JOINT INITIAL STATUS REPORT**

The parties in the above-captioned matter submit this initial status report pursuant to Local Rule 116.5(a) of the Local Rules for the United States District Court for the District of Massachusetts.

1. The parties request that the Court cancel the initial status conference scheduled for December 10, 2024, because the parties have complied with Local Rule 116.5(a) and there are no issues requiring the Court's attention.

2. The government represents that automatic discovery required under Local Rule 116.1(c) is complete. The government produced its discovery materials on December 2, 2024. The government is aware of its continuing duty to supplement discovery if it receives additional materials.

3. The defendants have not yet finished their initial review of the government's discovery production. The defendants request approximately 60 days to finish their initial review, until January 31, 2025. Following their review, the defendants will submit any additional discovery requests to the government by February 7, 2025.

4. The parties request an interim status conference at a time convenient for the Court after February 14, 2025.

5. Pursuant to the government's assented-to motion, the Court issued a protective order in this case. *See* Docket No. 50.

6. The defendants state that it is premature for them to decide whether any Rule 12(b) motions are appropriate.

7. The parties agree that the government will provide its expert disclosures 21 days prior to trial. The defendants will provide expert disclosures 14 days prior to trial.

8. All time has been excluded under the Speedy Trial Act from the date of the defendants' arraignments, through December 10, 2024. Docket No. 42.

9. The parties request that the Court exclude the time under the Speedy Trial Act between December 10, 2024, and the date of the next status conference, because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By: */s/ Annapurna Balakrishna*
ANNAPURNA BALAKRISHNA
Assistant U.S. Attorney

By: */s/ Michael R. DiStefano*
Michael R. DiStefano
Counsel for Defendant Carlos Rodriguez

By: */s/ Paul Garrity*
Paul Garrity
Counsel for Defendant Ronald Tejeda

By: */s/ E. Peter Parker*
E. Peter Parker
Counsel for Defendant Erick Pimental-Cabrera